Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

June 9, 2021

WILLIAM M. McCOOL, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELVIN HUNTER BGORN WILLIAMS,<br><br>Defendant. | NO. CR21-099 JCC<br><br>INDICTMENT |

### COUNT 1

*(Providing Material Support to a Designated Foreign Terrorist Organization)*

Beginning in or before November 2020, and continuing through May 28, 2021, in King County, within the Western District of Washington, and elsewhere, ELVIN HUNTER BGORN WILLIAMS, a citizen of the United States, did knowingly attempt to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b), including personnel (including himself) and services, to a foreign terrorist organization, namely the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, with knowledge that ISIS was a designated terrorist organization and that it engaged in and engages in terrorist activity and terrorism.

INDICTMENT/*United States v. Williams* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Section 2339B(a)(1).

A TRUE BILL:

DATED: 6/9/2021

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

FOREPERSON

TESSA M. GORMAN
Acting United States Attorney

TODD GREENBERG
Assistant United States Attorney

D. ANDREW SIGLER
Trial Attorney
Counterterrorism Section
U.S. Department of Justice

INDICTMENT/*United States v. Williams* - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970