THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR21-099JCC |
| Plaintiff, | ) |
| v. | ) WAIVER OF SPEEDY |
| | ) TRIAL |
| ELVIN HUNTER BGORN WILLIAMS, | ) |
| Defendant. | ) |

I, Elvin Hunter Bgorn Williams, have been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment and the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq. I hereby knowingly, voluntarily, and with advice of counsel waive my right to a speedy trial and consent to the continuation of the date of my trial from August 9, 2021, to a date up to and including March 30, 2022. I understand that if the Court accepts this waiver, it will exclude the time from the date of the Court's order up to the new trial in calculating the speedy trial expiration date.

DATED this 16th day of July.

_____
Elvin Hunter Bgorn Williams

Presented by:

s/ Corey Endo
Assistant Federal Public Defender
Attorney for Elvin Hunter Bgorn Williams

WAIVER OF SPEEDY TRIAL
(Name, Case No.) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100